UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Christina C. Anagonye-Bentley

Plaintiff(s),

Case No. 2:20-cv-10713

v.

Judge Laurie J. Michelson

Mortgage Electronic Registration Systems, Inc.
and Village Capital & Investment, LLC

Magistrate Judge Anthony P. Patti

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Village Capital & Investment, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: March 26, 2020

/s/ Robert J. Kinggo III

P68442
Trott Law, P.C.
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI  48334
248-593-0496
rkinggo@trottlaw.com